| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>PAMELA WILLIAMS, *on behalf of herself and all others similarly situated*,<br><br>                Plaintiff,<br><br>          v.<br><br>FISHER & PAYKEL APPLIANCES USA HOLDINGS INC.,<br><br>                Defendant. | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 9-14-20<br><br>20-CV-4403 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On June 16, 2020, this Court ordered the parties to meet and confer within thirty days of service, and to submit a joint letter to the court within fifteen additional days. Dkt. 5. To date, the parties have not submitted their joint letter. No later than September 29, 2020, the parties are ordered to submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter.

SO ORDERED.

Dated:    September 14, 2020
          New York, New York

                                                         RONNIE ABRAMS
                                                         United States District Judge