| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 10-14-20 |
| PAMELA WILLIAMS, *on behalf of herself and all others similarly situated*,<br><br>           Plaintiff,<br><br>v.<br><br>FISHER & PAYKEL APPLIANCES USA HOLDINGS INC.,<br><br>           Defendant. | 20-CV-4403 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On June 16, 2020, this Court ordered the parties to meet and confer within thirty days of service, and to submit a joint letter to the court within fifteen additional days. Dkt. 5. The parties did not do so. On September 14, 2020, this Court extended the parties' deadline to do so until September 29, 2020. Dkt. 7. Again, the parties did not meet this deadline, and to date, the parties have not submitted their joint letter. No later than October 23, 2020, the parties are ordered to submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter. **Failure to file the letter may result in dismissal of this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

SO ORDERED.

Dated:   October 14, 2020
         New York, New York

                                                  _____
                                                  RONNIE ABRAMS
                                                  United States District Judge